

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | DOCKET NO. 1:24-CR-14-MR-WCM |
| **v.** | **BILL OF INDICTMENT** |
| **CHRISTOPHER DESHAWN NELSON** | Violations:<br>21 U.S.C. § 841(a)(1)<br>18 U.S.C. § 922(g)(1) |

**THE GRAND JURY CHARGES:**

**COUNT ONE**

On or about June 28, 2022, in Buncombe County, within the Western District of North Carolina and elsewhere, the defendant,

**CHRISTOPHER DESHAWN NELSON,**

did knowingly and intentionally distribute a controlled substance, that is, five (5) grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

**COUNT TWO**

On or about June 29, 2022 at approximately 2:30 p.m., in Buncombe County, within the Western District of North Carolina and elsewhere, the defendant,

**CHRISTOPHER DESHAWN NELSON,**

did knowingly and intentionally distribute a controlled substance, that is, five (5) grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

1

## COUNT THREE

On or about June 29, 2022 at approximately 6:00 p.m., in Buncombe County, within the Western District of North Carolina and elsewhere, the defendant,

## CHRISTOPHER DESHAWN NELSON,

did knowingly and intentionally distribute a controlled substance, that is, five (5) grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT FOUR

On or about July 19, 2022, in Buncombe County, within the Western District of North Carolina and elsewhere, the defendant,

## CHRISTOPHER DESHAWN NELSON,

did knowingly and intentionally distribute a controlled substance, that is, five (5) grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## COUNT FIVE

On or about July 19, 2022, in Buncombe County, within the Western District of North Carolina and elsewhere, the defendant,

## CHRISTOPHER DESHAWN NELSON,

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, a Smith & Wesson, model SD9VE, 9mm pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SIX

On or about August 15, 2022, in Buncombe County, within the Western District of North Carolina and elsewhere, the defendant,

## CHRISTOPHER DESHAWN NELSON,

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, a Taurus, Tracker model, .44 magnum revolver, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT SEVEN

On or about August 18, 2022, in Buncombe County, within the Western District of North Carolina and elsewhere, the defendant,

## CHRISTOPHER DESHAWN NELSON,

knowing that he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, did knowingly possess one or more firearms, that is, a Taurus, model PT111 G2, 9mm pistol, in and affecting commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF FORFEITURE AND FINDING OF PROBABLE CAUSE

Pursuant to Federal Rule of Criminal Procedure 32.2, notice is hereby given of 21 U.S.C. § 853, 18 U.S.C. § 924, and 28 U.S.C. § 2461(c). The following property is subject to forfeiture in accordance with Section 853, 924, and/or 2461(c):

a.    All property which constitutes or is derived from proceeds of the violations set forth in this bill of indictment;

b.    All property used or intended to be used in any manner or part to commit or facilitate such violations;

c.    All firearms or ammunition involved or used in such violations; and

3

d. If, as set forth in 21 U.S.C. § 853(p), any property described in (a), (b), or (c) cannot be located upon the exercise of due diligence, has been transferred or sold to, or deposited with, a third party, has been placed beyond the jurisdiction of the court, has been substantially diminished in value, or has been commingled with other property which cannot be divided without difficulty, all other property of the defendant to the extent of the value of the property described in (a), (b), and (c).

The Grand Jury finds probable cause to believe that the following property is subject to forfeiture on one or more of the grounds stated above:

1. a Smith & Wesson, model SD9VE, 9mm pistol seized on or about July 19, 2022 during the investigation.

2. a Taurus, Tracker model, .44 magnum revolver seized on or about August 15, 2022 during the investigation.

3. a Taurus, model PT111 G2, 9mm pistol seized on or about August 18, 2022 during the investigation.

A TRUE BILL:

Redacted

DENA J. KING
UNITED STATES ATTORNEY

CHRISTOPHER S. HESS
ASSISTANT UNITED STATES ATTORNEY

4